UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: §
§
§
Charles Tony Gangi § Case No. 15-13545
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 89,427.00 *(Without deducting any secured claims)* | Assets Exempt: 224,250.00 |
| Total Distributions to Claimants:  3,700.00 | Claims Discharged Without Payment:  469,889.38 |
| Total Expenses of Administration:  1,300.00 | |

3) Total gross receipts of $ 5,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 171,930.00 | $ 119,426.90 | $ 119,426.90 | $ 3,700.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,300.00 | 1,300.00 | 1,300.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 366,668.00 | 22,585.38 | 22,585.38 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 538,598.00 | $ 143,312.28 | $ 143,312.28 | $ 5,000.00 |

   4)  This case was originally filed under chapter 7 on  04/16/2015 .  The case was pending for 17 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  08/24/2016           By: /s/Zane L. Zielinski
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account With Chase Bank | 1129-000 | 2,900.00 |
| MC REAL ESTATE GROUP, LLC Membership interest | 1129-000 | 2,100.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage, Inc./Federal National PO Box 9438 Dept 0251 Gaithersburg, MD 20898 | | 96,750.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pierce & Associates Thirteenth Floor 1 North Dearborn Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| 2 | Golden Eagle Community Bank | 4110-000 | 35,803.00 | 23,707.38 | 23,707.38 | 0.00 |
| 3 | Golden Eagle Community Bank | 4110-000 | 15,803.00 | 36,006.07 | 36,006.07 | 0.00 |
| 1 | Golden Eagle Community Bank | 4220-000 | 23,574.00 | 59,713.45 | 59,713.45 | 3,700.00 |
| TOTAL SECURED CLAIMS | | | $ 171,930.00 | $ 119,426.90 | $ 119,426.90 | $ 3,700.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 1,250.00 | 1,250.00 | 1,250.00 |
| Associated Bank | 2600-000 | NA | 50.00 | 50.00 | 50.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 1,889.00 | NA | NA | 0.00 |
| | Inland Bank & Trust Co. 837 S Westmore Avenue Lombard, IL 60148 | | 100,586.00 | NA | NA | 0.00 |
| | Inland Bank & Trust Co. 837 S Westmore Avenue Lombard, IL 60148 | | 36,411.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Inland Bank & Trust Co. 837 S Westmore Avenue Lombard, IL 60148 | | 113,226.00 | NA | NA | 0.00 |
| | Seterus Inc 14523 Sw Millikan Way St Beaverton, OR 97005 | | 98,442.00 | NA | NA | 0.00 |
| | SmithAmundsen, LLC 2460 Lake Shore Drive Woodstock, IL 60098 | | 0.00 | NA | NA | 0.00 |
| | SmithAmundsen, LLC 3815 E. Main St. Suite A-1 Saint Charles, IL 60174 | | 0.00 | NA | NA | 0.00 |
| 4 | American Express Centurion Bank | 7100-000 | 311.00 | 3,971.83 | 3,971.83 | 0.00 |
| 1A | Golden Eagle Community Bank | 7100-000 | 15,803.00 | 18,613.55 | 18,613.55 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 366,668.00 | $ 22,585.38 | $ 22,585.38 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-13545 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Charles Tony Gangi | | | | Date Filed (f) or Converted (c): | 04/16/2015 (f) |
| | | | | | 341(a) Meeting Date: | 05/11/2015 |
| For Period Ending: | 08/24/2016 | | | | Claims Bar Date: | 12/03/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1225 East Galena Blvd., Aurora, IL 60505 | 86,703.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account With Chase Bank | 600.00 | 2,900.00 | | 2,900.00 | FA |
| 3. Savings Account With Chase Bank | 500.00 | 0.00 | | 0.00 | FA |
| 4. Investment account with Charles Schwab | 515.00 | 0.00 | | 0.00 | FA |
| 5. Investment Account With Janus Global | 734.00 | 0.00 | | 0.00 | FA |
| 6. Security Deposit with Landlord | 0.00 | 0.00 | | 0.00 | FA |
| 7. Household goods and furnishings, including audio, video, and | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. Books, pictures and other art objects, antiques, stamp, coin | 125.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel | 625.00 | 0.00 | | 0.00 | FA |
| 10. Miscellaneous jewelry | 75.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance Policy Through Mass Mutual | 0.00 | 0.00 | | 0.00 | FA |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit s | 65,000.00 | 0.00 | | 0.00 | FA |
| 13. Interests in IRA, ERISA, Keogh, or other pension or profit s | 150,000.00 | 0.00 | | 0.00 | FA |
| 14. MC REAL ESTATE GROUP, LLC Membership interest | 0.00 | 2,100.00 | | 2,100.00 | FA |
| 15. 2012 Ford Fusion | 5,500.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $311,577.00 $5,000.00 $5,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee will prepare final report.

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Real Estate located at 1225 East Galena Blvd., Aurora, 60506 |
| RE PROP # | 2 | -- | Checking Account With Chase Bank. Debtor received additional undisclosed funds, the Trustee agreed that $2900 of the funds should be turned over. |
| RE PROP # | 3 | -- | Savings Account With Chase Bank |
| RE PROP # | 4 | -- | Investment Account With Charles Schwab |
| RE PROP # | 5 | -- | Investment Account With Janus Global |
| RE PROP # | 6 | -- | Security Deposit Of $3,000.00 Held With Landlord, Coleen Haw |
| RE PROP # | 8 | -- | Miscellaneous Used Books, Collectables |
| RE PROP # | 10 | -- | Miscellaneous jewelry |
| RE PROP # | 11 | -- | Term Life Insurance Policy Through Mass Mutual. No Cash Surrender Value |
| RE PROP # | 12 | -- | IRA - 100% Exempt |
| RE PROP # | 13 | -- | 401(K) - 100% Exempt |
| RE PROP # | 14 | -- | MC REAL ESTATE GROUP, LLC |
| RE PROP # | 15 | -- | 2012 Ford Fusion |

Initial Projected Date of Final Report (TFR): 01/31/2016     Current Projected Date of Final Report (TFR): 01/31/2016

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-13545 | Trustee Name: Zane L. Zielinski |
| Case Name: Charles Tony Gangi | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4446 |
| | Checking |
| Taxpayer ID No: XX-XXX3488 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/24/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/16/15 | | REAL EST GRP, LLC CASHIER'S CHECK FROM BMO HARRIS | Turnover of bank account funds | | $5,000.00 | | $5,000.00 |
| | | | Gross Receipts      $5,000.00 | | | | |
| | 2 | | Checking Account With Chase Bank      $2,900.00 | 1129-000 | | | |
| | 14 | | MC REAL ESTATE GROUP, LLC Membership interest      $2,100.00 | 1129-000 | | | |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,990.00 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,980.00 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,970.00 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,960.00 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,950.00 |
| 04/29/16 | 5001 | Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,250.00 | $3,700.00 |
| 04/29/16 | 5002 | Golden Eagle Community Bank 2460 Lake Shore Drive Woodstock, Il 60098 | Final distribution to claim 1 representing a payment of 6.20 % per court order. | 4220-000 | | $3,700.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,000.00 | $5,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,000.00 | $5,000.00 |
| Page Subtotals: | $5,000.00 | $5,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,000.00 | $5,000.00 |

Exhibit 9

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4446 - Checking | $5,000.00 | $5,000.00 | $0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |

Page Subtotals:  $0.00  $0.00